AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DANIEL RAY CALDWELL (AKA: N/A)  DOB: ▮▮/1971<br><br>*Defendant(s)* | )<br>)  4:21-MJ-107 KPJ<br>)  Case: 1:21-mj-00207<br>)  Assigned to: Judge Faruqui, Zia M<br>)  Assign Date: 2/8/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | - Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 111(a)(1) | - Assaulting, resisting, or impeding certain officers or employees, |
| 18 U.S.C. § 1752(a)(1), (2), (4) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D), (F) | - Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Seth D. Webb, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 2/8/2021

2021.02.08 15:10:17 -05'00'

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*