| | |
|---|---|
| DATE: | 2/12/2021 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 2:06 – 2:11 |
| TOTAL TIME: | 5 minutes |

CASE NUMBER 4:21-MJ-00107-KPJ

USA v. Daniel Ray Caldwell

__Anand Varadarajan__
AUSA

__John Hunter Smith, Retained__
Defense Attorney

☒ INITIAL APPEARANCE OUT OF DISTRICT COMPLAINT
☐ ARRAIGNMENT
☐ DETENTION HEARING   ☐ PRELIMINARY HEARING   ☐ STATUS CONFERENCE

☐   Hearing Held   ☐ Hearing Called   ☒ Defendant Sworn   ☐ Interpreter Required

☒   Date of arrest:   2/10/2021 – 1:21mj207 District of Columbia   (Other district court & case #)

☒   Defendant ☒ advised of charges ☒ advised of maximum penalties ☐ waived reading of indictment

☒   Defendant first appearance with counsel Attorney:   John Hunter Smith   ☒ Retained
☐   Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☐   Financial affidavit executed by dft.
☐   Defendant requests appointed counsel, is sworn and examined re: financial status.
☐   The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.
☐   _____ CJA appointed
☐   _____ FPD appointed

☐   USA ORAL motion for detention
☐   USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
☐   Defendant ORAL motion to continue detention hearing
☐   Oral Order granting continuance   ☐ Oral Order denying continuance
☒   Detention hearing set   **Wednesday 2/17/2021 at 1:30 p.m. before Judge Johnson**
☒   Preliminary hearing set   **Wednesday 2/17/2021 at 1:30 p.m. before Judge Johnson**

☐   Detention Hearing waived.
☐   Defendant detained based on signed Waiver.
☐   Preliminary Hearing waived.
☐   Court found Probable Cause based on signed Waiver.
☐   Defendant signed Waiver of Rule 5 and 5.1 hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐   Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing;
     ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting   district.
☒   Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☐   Order setting conditions of release ☐ PR Bond executed
☐   Defendant failed to appear   ☐ oral order for arrest warrant   ☐ bond forfeited
           ☐ See reverse/attached for additional proceedings