UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | CASE NUMBER 4:21-MJ-00107-KPJ |
| § | |
| § | |
| DANIEL RAY CALDWELL § | |
| § | |

## ORDER SCHEDULING A DETENTION & PRELIMINARY HEARING

A hearing in this case is scheduled as follows:

| **Before:** U.S. Magistrate Judge Kimberly C. Priest Johnson<br>United States Federal Courthouse<br>7940 Preston Road<br>Plano, TX 75024 | **Courtroom Number:** 108 |
|---|---|
| | **Date:** Wednesday, February 17, 2021<br>**Time:** 1:30pm |

**IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 12, 2021

_____
UNITED STATES MAGISTRATE JUDGE