| | |
|---|---|
| DATE: | 2/22/2021 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | ~~Jane Amerson~~ Lori Stover |
| RPTR/ECRO: | Digital Recording |
| USPO: | ~~T. Routh~~ Fred Foreman |
| INTERPRETER: | |
| BEGIN/END: | 11:26 AM / 1:17 pm |
| TOTAL TIME: | 1 hour + 51 mins |

CASE NUMBER 4:21-MJ-00107-KPJ

USA v. Daniel Ray Caldwell

Tracey Batson
AUSA

John Hunter Smith, Retained
Defense Attorney

- ☐ DETENTION HEARING on Indictment
- ☑ DETENTION HEARING on Complaint
- ☐ STATUS CONFERENCE
- ☐ PRELIMINARY HEARING on Complaint

---

- ☑ CASE CALLED       ☑ DEFENDANT SWORN       ☐ INTERPRETER REQUIRED
- ☑ Government announced ready     ☑ Defendant announced ready
- ☑ Defendant appeared with counsel   John Hunter Smith
- ☐ Defendant requests appointed counsel.
- ☐ Financial affidavit executed by Defendant.
- ☐ The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.
- ☐ _____ CJA appointed
- ☐ _____ FPD appointed

- ☐ ORAL motion by USA to withdraw Motion for Detention ☐ ORAL ORDER granting ☐ ORAL ORDER denying
- ☐ ORAL motion by USA to continue Motion for Detention ☐ ORAL ORDER granting ☐ ORAL ORDER denying

- ☐ Detention hearing reset to: _____
- ☐ Detention Hearing waived.
- ☐ Defendant detained based on signed Waiver.
- ☐ Preliminary Hearing waived.
- ☐ Court found Probable Cause based on signed Waiver.
- ☐ Conditions of Release entered, and Defendant released from custody.
- ☑ Government witnesses: 11:26AM - Direct - Special Agent Seth D. Webb
  - 11:52AM - Cross - SA Webb
  - 12:12PM - Redirect - SA Webb
- ☑ Defendant witnesses: 12:23pm - Direct exam Kambria Caldwell ~~Kimberly Ann Caldwell~~
  - 12:29pm - Cross exam Kambria Caldwell
  - 12:45pm - Redirect exam - Kambria Caldwell
  - 12:47pm - ReCross exam - Kambria Caldwell

**PROCEEDINGS:**

Court ordered Defendant ☐ DETAINED ☐ RELASED

- ☐ Conditions of Release entered
- ☐ Defendant remanded to USM.

The court will review a video (evidence) and offense report and issue a ruling ~~this~~ week of 2/22/2021.